**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLAKE EMMANUEL THOMAS,<br><br>  Plaintiff,<br><br>v.<br><br>INFORMDATA, LLC,<br><br>  Defendant. | No. 2:24-cv-04883-JAK (AJRx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE (DKT. 24)**<br><br>**JS-6: CASE TERMINATED** |

1

1   Based on a review of the Stipulation of Dismissal With Prejudice (the
2   "Stipulation" (Dkt. 24)), sufficient good cause has been shown for the requested relief.
3   Therefore, the Stipulation is **APPROVED**.
4   The above action is dimissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated:  December 16, 2024    _____
                                                             John A. Kronstadt
                                                             United States District Judge

2